FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 MAY -5 P 2: 24
CLERK C Adam
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JANEY M. LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-055 |
| | ) | |
| COURTNEY DUGUSKI, Correction Officer, Emanuel Women's Facility; SERCOYER REID WILSON, Correction Officer, Emanuel Women's Facility; and BATTIE, Officer, Emanuel Women's Facility, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

While Plaintiff is now incarcerated at Pulaski State Prison in Hawkinsville, Georgia, the events comprising the basis of her complaint occurred at Emanuel Women's Facility in Emanuel County, Georgia, within the Statesboro Division of the Southern District of Georgia. (See generally doc. no. 1.) Accordingly, the case is hereby **TRANSFERRED** to the Statesboro Division and is assigned Civil Action Number CV617-063. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box

8286, Savannah, Georgia 31412.

SO ORDERED this \_\_\_5th\_\_\_ day of May, 2017, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA